Linda F. Cantor (CA Bar No. 153762)
Jeffrey L. Kandel (CA Bar No. 157216)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: lcantor@pszjlaw.com
        jkandel@pszjlaw.com
        vnewmark@pszjlaw.com

Counsel for David K. Gottlieb, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ROGER W. MEYER,<br><br>        Debtor.<br><br>―――――――――――――――<br>DAVID K. GOTTLIEB, in his capacity as Chapter 7 Trustee for the estate of Roger W. Meyer,<br><br>        Plaintiff,<br>vs.<br><br>DARRYL ZILBERSTEIN,<br><br>        Defendant. | Case No. 1:12-bk-10955-MT<br><br>Chapter 7<br><br>Adv. Proc. No. 1:16-ap-01064-MT<br><br>**PROOF OF SERVICE OF (1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING; (2) NOTICE OF REQUIRED COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1; (3) ADVERSARY PROCEEDING COVER SHEET; AND (4) COMPLAINT TO AVOID AND RECOVER POST-PETITION TRANSFERS PURSUANT TO 11 U.S.C. § § 549 AND 550, FOR BREACH OF FIDUCIARY DUTY, UNJUST ENRICHMENT AND VIOLATION OF UNIFORM VOIDABLE TRANSACTIONS ACT** |

-2-

PROOF OF SERVICE OF SUMMONS,
ADVERSARY COMPLAINT AND NOTICE OF COMPLIANCE

DOCS_LA:298505.1 32273/001

# PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is **Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

On **April 25, 2016**, I served true and correct copies of the following documents to the individual listed below at the last known address in this adversary proceeding, in the manners stated below as follows.

1. Summons And Notice Of Status Conference In Adversary Proceeding;

2. Complaint To Avoid And Recover Post-Petition Transfers Pursuant To 11 U.S.C. § § 549 And 550, For Breach Of Fiduciary Duty, Unjust Enrichment And Violation Of Uniform Voidable Transactions Act;

3. Notice Of Required Compliance With Local Bankruptcy Rule 7026-1; and

4. Adversary Proceeding Cover Sheet.

*Via U.S. Mail*
Darryl Zilberstein, Esq.
Law Office Darryl P. Zilberstein
660 Hampshire Rd., Suite 116
Westlake Village CA 91361

*Via Certified Mail - Return Receipt Requested*
Darryl Zilberstein, Esq.
Law Office Darryl P. Zilberstein
660 Hampshire Rd., Suite 116
Westlake Village CA 91361

*Via Federal Express (signature required)*
Darryl Zilberstein, Esq.
Law Office Darryl P. Zilberstein
660 Hampshire Rd., Suite 116
Westlake Village CA 91361

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 26, 2016 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DOCS_LA:298505.1 32273/001